UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KERRIGAN, LORI MIKOVICH
and RYAN M. VALLI, individually, and on
behalf of all others similarly situated,

        Plaintiffs,

v.

VISALUS, INC., a corporation, et al.,

        Defendants.
_____/

Case No. 2:14-cv-12693-MFL-DRG

Hon. Matthew F. Leitman

**INDEX OF EXHIBITS TO
iCENTRIS, INC.'S MOTION TO
DISMISS PLAINTIFFS' COMPLAINT
AND BRIEF IN SUPPORT**

EXHIBIT A:    *D. M. Robinson Chiropractic, S.C. v. Encompass Ins. Co. of America*, Docket No. 10 C 8159 (N.D. Ill. 2013)

{00367103}