UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY KERRIGAN, LORI MIKOVICH and RYAN M. VALLI, individually, and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>VISALUS, INC., a corporation, et al.,<br><br>      Defendants. | Case No. 2:14-cv-12693<br>Hon. Matthew F. Leitman |

**NICK SARNICOLA'S CONCURRENCE IN
VISALUS DEFENDANTS' RESPONSE TO
PLAINTIFFS' MOTION TO COMPEL PRODUCTION
FROM VISAULS, INC. AND CORPORATE PROMOTER
DEFENDANTS OF CERTAIN DOCUMENTS RESPONSIVE
TO PLAINTIFFS' FIRST SET OF REQUESTS TO PRODUCE**

    NOW COMES Defendant Nick Sarnicola, by and through his attorneys, Seyburn Kahn, P.C., and concurs in and adopts the arguments and legal authority set forth in ViSalus Defendants' Response to Plaintiffs' Motion to Compel Production from ViSalus, Inc. and Corporate Promoter Defendants of Certain Documents Responsive to Plaintiffs' First Set of Requests to Produce.

{01206039.DOCX }

1

Respectfully submitted,

**SEYBURN KAHN, P.C.**

/s/ Barry M. Rosenbaum (P26487)
Barry M. Rosenbaum (P26487)
David Hansma (P71056)
2000 Town Center, Suite 1500
Southfield, MI  48075
Tel.: 248-351-3587
Fax:  248-353-3727
E-Mail: brosenbaum@seyburn.com
*Attorneys for Defendant Nick Sarnicola*

Dated:  August 23, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

**SEYBURN KAHN, P.C.**

/s/ Barry M. Rosenbaum (P26487)
Barry M. Rosenbaum  (P26487)

{01206039.DOCX }

2