UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KERRIGAN, *et al.*,

    Plaintiffs,

v.

                                  Case No. 14-cv-12693
                                  Hon. Matthew F. Leitman

VISALUS, INC., *et al.*,

    Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTION
## TO STRIKE CLASS ALLEGATIONS (ECF #185)

On September 28, 2017, Defendants ViSalus, Inc., Ryan Blair, Robert Goergen, Sr., Todd Goergen, and Blake Mallen filed a motion in which they asked the Court to strike Plaintiffs' class allegations. (*See* ECF #185.) The Court held a hearing on Defendants' motion on December 8, 2017.

For the reasons stated on-the-record at the December 8, 2017, hearing, **IT IS HEREBY ORDERED** that Defendants' motion (ECF #185) is **DENIED**.

                                  s/Matthew F. Leitman
                                  MATTHEW F. LEITMAN
                                  UNITED STATES DISTRICT JUDGE

Dated: December 11, 2017

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 11, 2017, by electronic means and/or ordinary mail.

                                                                                                   s/Holly A. Monda  
                                                                                                   Case Manager  
                                                                                                   (810) 341-9763