UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KERRIGAN, *et al.*,

    Plaintiffs,

Case No. 14-cv-12693
Hon. Matthew F. Leitman

v.

VISALUS, INC., *et al.*,

    Defendants.

_____/

## ORDER ON STATUS CONFERENCE

On April 9, 2018, the Court held an on-the-record, telephonic status conference in this action to discuss Plaintiffs' Fourth Amended Complaint. For the reasons stated during that conference, **IT IS HEREBY ORDERED** as follows:

- The parties shall commence discovery as of the date of this order with the sole exception of discovery directed towards Defendant The Living Trust dated 9/30/91 f/b/o Robert B. Goergen (the "Trust"). Discovery directed to the Trust shall be stayed until further order of the Court;

- Defendants shall answer or file a motion to dismiss the Fourth Amended Complaint by no later than **May 7, 2018**. Plaintiffs shall file a response to any motions to dismiss that Defendants may file by no later than **June 4, 2018**. Defendants may file reply briefs by no later than **June 18, 2018**;

1

- The parties shall conduct a Rule 26(f) conference and file a Rule 26(f) discovery plan with the Court by no later than **April 23, 2018**.

/s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: April 9, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 9, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764