UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY KERRIGAN, LORI MIKOVICH and RYAN M. VALLI, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>VISALUS, INC., a corporation, | Case No. 2:14-cv-12693<br>Hon. Matthew F. Leitman<br><br>**PLAINTIFFS' WITHDRAWAL WITHOUT PREJUDICE OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF LEAD COUNSEL** |

and

NICK SARNICOLA, ROBERT GOERGEN, SR., TODD
GOERGEN, RYAN BLAIR, BLAKE MALLEN, FRANK VARON,
KYLE PACETTI, JR., MICHAEL CRAIG, TIMOTHY KIRKLAND, HOLLEY
KIRKLAND, AARON FORTNER, RACHEL JACKSON,
TARA WILSON, ANTHONY LUCERO, RHONDA LUCERO,
JAKE TRZCINSKI, GARY J. REYNOLDS, KEVIN MERRIWEATHER,
domestic individuals,

and

ROPART ASSET MANAGEMENT FUND I, LLC,
ROPART ASSET MANAGEMENT FUND II, LLC,
LIVING TRUST DATED 9/30/1991 F/B/O ROBERT B. GOERGEN,
OCD MARKETING, INC., POWER COUPLE, INC., ARRIVEBY 25, INC.,
BAM VENTURES, INC., GOODER, LLC, RED LETTERS, LLC,
M-POWER PATH, INC., A BERRY GOOD LIFE, INC.,
NETWORK DYNAMICS AMERICA CORP., FREEDOM LEGACY, LLC,
RESIDUAL MARKETING, INC., GOT HEART GLOBAL, INC.,
JAKETRZ, INC., MOJOS LEGACY, LLC
and BEACHLIFESTYLE ENTERPRISES, LLC.

and

WEALTH BUILDER INTERNATIONAL LLC, a foreign
limited liability company,
PROSPEX AUTOMATED WEALTH SYSTEMS, INC., and
9248-2587 QUEBEC, INC., foreign corporations,

and

JASON O'TOOLE, a foreign individual, and
LORI PETRILLI, a foreign individual

    Defendants.
_____

    As discussed with the Court, Plaintiffs, Timothy Kerrigan, et al, by and through their attorneys, Sommers Schwartz, P.C., hereby withdraw, without prejudice, their Motion for Class Certification and Appointment of Lead Counsel (Dkt. #115) filed on January 6, 2017 in this matter. The withdrawal of this motion obviates the need for a motion hearing.

Dated: May 2, 2018

                              Respectfully submitted,

                              SOMMERS SCHWARTZ, P.C.

                              s/ Andrew Kochanowski
                              Andrew Kochanowski (P55117)
                              Attorneys for Plaintiffs
                              One Towne Square, Suite 1700
                              Southfield, MI 48076
                              (248) 355-0300
                              akochanowski@sommerspc.com
                              jthompson@sommerspc.com

        PREBEG, FAUCETT & ABBOTT, PLLC
Matthew J.M. Prebeg
(TX Bar No: 00791465)
Brent T. Caldwell
(TX Bar No: 24056971)
Attorneys for Plaintiffs
8441 Gulf Freeway, Suite 307
Houston, TX 77017
(832) 743-9260
mprebeg@pfalawfirm.com
bcaldwell@pfalawfirm.com

WEXLER WALLACE LLP
Edward A. Wallace (IL Reg. No. 6230475)
Mark R. Miller (IL Reg. No. 6283542)
Attorneys for Plaintiffs
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
(312) 589-6272
mrm@wexlerwallace.com
EAW@wexlerwallace.com

## CERTIFICATE OF SERVICE

I certify that on May 2, 2018, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record on the ECF Service List.

        s/ Andrew Kochanowski
Andrew Kochanowski (P55117)
Sommers Schwartz, P.C.
One Towne Square, Suite 1700
Southfield, MI 48076

(248) 355-0300
akochanowski@sommerspc.com