UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KERRIGAN, *et al.*,

    Plaintiffs,

v.

VISALUS, INC., *et al.*,

    Defendants.

Case No. 14-cv-12693
Hon. Matthew F. Leitman

_____/

CAPRECE BYRD, *et al.*,

    Plaintiffs,

v.

VISALUS, INC., *et al.*,

    Defendants.

Case No. 17-cv-12626
Hon. Matthew F. Leitman

_____/

## ORDER REQUIRING MEDIATION

The parties in these actions have retained Mr. Thomas McNeill of the Dickinson Wright law firm to act as a private mediator. The parties are **HEREBY ORDERED** to hold another mediation session with Mr. McNeill as soon as practicable, but in no event later than October 5, 2018. A representative for each party with full settlement authority shall attend the mediation in person (each Plaintiff and Defendant does not need to personally appear so long as someone

1

appears at the mediation on their behalf with full settlement authority).  In addition, authorized representatives from QBE Insurance Corporation and Federal Insurance Company (who the Court understands are the relevant insurance carriers) with full settlement authority shall also attend the mediation in person.[1]

**IT IS SO ORDERED**.

Dated: September 6, 2018

/s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 6, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764

---

[1] The Court understands that there may be insurance coverages disputes and that QBE and/or Federal Insurance may contend that they have no obligation to defend and/or indemnify the Defendants.  The Court nevertheless will require an authorized representative with full settlement authority from each insurance company to attend the mediation.