UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KERRIGAN, *et al.*,

    Plaintiffs,

v.

VISALUS, INC., *et al.*,

    Defendants.

Case No. 14-cv-12693
Hon. Matthew F. Leitman

_____/

## ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION TO EXCLUDE E. ALLEN JACOBS' EXPERT REPORT (ECF #125)

On February 24, 2017, Plaintiffs filed a motion to exclude the report of Defendants' expert witness E. Allen Jacobs. (*See* ECF #125.) Since Plaintiffs filed that motion, there have been substantial procedural developments in this action that will require Plaintiffs to update and re-file their motion, if necessary. Accordingly, as discussed with counsel, the Court hereby **DENIES** Plaintiffs' motion **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 27, 2018

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 27, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764